IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK FERRO,** | : | |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-1709** |
| | : | |
| **MICHAEL D. GOLDEN et al.,** | : | |
| ***Defendants.*** | : | |

**ORDER**

**AND NOW**, this **12th** day of **August 2026**, upon consideration of Defendant Michael D. Golden's Motion to Dismiss (ECF No. 22), Defendants Jonathan Steiner and AT&T's Motion to Dismiss (ECF No. 28), the responsive briefing thereto, and for reasons explained in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendant Golden's Motion to Dismiss (ECF No. 22) is **GRANTED**.
2. Defendant Steiner and AT&T's Motion to Dismiss (ECF No. 28) is **GRANTED**.
3. Plaintiff Frank Ferro's Complaint is **DISMISSED** with prejudice.
4. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

**HON. KAI N. SCOTT**
**United States District Court Judge**